In re:  Case No. 21-02606-HWV

Wendy Lee Keefe  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2

Date Rcvd: Dec 28, 2021    Form ID: ntnew341    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wendy Lee Keefe, 190 Poplar Street, Manchester, PA 17345-9668 |
| 5449939 | + | Aes Members 1st FCU, Attn: Bankruptcy, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5449941 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, 200 Civic Center Drive, Columbus, OH 43215 |
| 5449942 | + | Dovenmuehle/Reliance F, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 5449943 | + | Kasey Keefe, 5305 Oxford Drive, Apartment 126, Mechanicsburg, PA 17055-4431 |
| 5449944 | + | Katie Keefe, 50 Wedgewood Circle, Goldsboro, PA 17319-9724 |
| 5449946 | + | Merit Dental, 222 Rosedale Drive, Manchester, PA 17345-1023 |
| 5449947 | | Met Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5449949 | + | OSS Health York, 1855 Powder Mill Road, York, PA 17402-4723 |
| 5449950 | + | Penn Waste, PO Box 3066, York, PA 17402-0066 |
| 5449951 | + | Scott & Associates, P.C., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 5449953 | + | WellSpan Health, PO Box 645734, Cincinnati, OH 45264-5734 |
| 5449955 | + | WellSpan Pulmonary & Sleep Medicine, 850 Tuck Street, Lebanon, PA 17042-7477 |
| 5449956 | + | York Hospital Dental Center, c/o Financial Recoveries, 200 East Park Drive, Suite 100, Mount Laurel, NJ 08054-1297 |
| 5449957 | + | York Water Company, 130 East Market Street, York, PA 17401-1219 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 18:50:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5449940 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2021 18:45:00 | CitiBank, N.A., c/o Midland Fund, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5449937 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2021 18:45:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5449945 | | Email/Text: camanagement@mtb.com | Dec 28 2021 18:45:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 5451646 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2021 18:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5449948 | + | Email/Text: info@neycsa.org | Dec 28 2021 18:45:00 | Northeastern York County Sewer, 175 Chesntut Street, Mount Wolf, PA 17347-7500 |
| 5449938 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2021 18:45:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5450124 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 18:50:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5449952 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 18:50:41 | Synchrony Bank, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5449954 | | Wellspan Medical Group, ADDRESS REMOVED PER ENTRY 8 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Wendy Lee Keefe gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor RELIANCE FIRST CAPITAL  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wendy Lee Keefe,

**Debtor 1**

Chapter 13

Case No. 1:21−bk−02606−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: January 20, 2022 |
| --- | --- |
|  | Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: RyanEshelman, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: December 28, 2021

ntnew341 (04/18)