| PAYLOC | FINANCE NO. | | | EMPLOYEE NAME | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|
| 106 | 41-4409 | | | W L KEEFE | | 01479958 | 24 21 | 00003860 |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | LEAVE STATUS |
|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: 8.00 |
| 2 | P 06 | 66151 | 110 | W | 8.00 | 254.43 | GROSS PAY | 665.74 | 33157.60 | AL PRIOR YR BAL − 104.84 |
| 2 | P 06 | 66151 | 110 | N | 7.05 | 11.42 | FED TAX S0 | 33.00 | 3340.26 | + AL EARNED YTD  80.00 |
| 2 | P 06 | 66151 | 110 | S | 8.00 | 63.61 | ST TAX PAS0 | 14.80 | 941.43 | + AL HOL EARNED YTD  0.00 |
| 1 | P 06 | 66151 | 110 | S | 8.00 | 63.61 | RETIRE 8 | 4.07 | 190.70 | − AL USED YTD  60.78 |
| 1 | P 06 | 66151 | 110 | W | 8.00 | 254.43 | MEDICARE | 6.99 | 444.64 | = EARNED AL BAL  −85.62 |
| 1 | P 06 | 66151 | 110 | O | .15 | 7.16 | UN W | 28.50 | 655.50 | + AL ADVANCED  24.00 |
| 1 | P 06 | 66151 | 110 | N | 6.84 | 11.08 | IN7ZS | 152.15 | 3719.00 | = AVAIL AL BAL  −61.62 |
| | | | | | | | FDV-D | 21.12 | 485.76 | AL USED THIS PP  0.00 |
| | | | | | | | FDV-V | 5.49 | 126.27 | SICK LEAVE(SL) CAT: 4.00 |
| | | | | | | | L0465 | 2.00 | 46.00 | SL PRIOR YR BAL  0.00 |
| | | | | | | | L0492 | 4.06 | 381.20 | + SL EARNED YTD  40.00 |
| | | | | | | | HP111SLF | 78.60 | 1880.71 | − SL USED YTD  36.00 |
| | | | | | | | HP111SLF | 78.60 | ADJUST | = CURRENT SL BAL  4.00 |
| | | | | | | | ALOT | .00 | 4950.00 | SL USED THIS PP  0.00 |
| | | | | | | | SOSEC | 29.87 | 1901.22 | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | | PAY PERIOD LWOP  64.00 |
| | | | | | | | | | | PP01 TO CURRENT PP 152.00 |
| EARNED A/L NEGATIVE | | | | | | | | | USPS RETIREMENT |
| | | | | | NET PAY | 206.49 | NT BK | | 7692.95 |

PS FORM 1223-B, JUNE 1985

MANAGER P&DC
1400 HARRISBURG PIKE
LANCASTER PA 17604-9992

11-26-2021
00003860

WENDY L KEEFE
190 POPLAR ST
MANCHESTER PA 17345-9668

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|
| 106 | 41-4409 | W L KEEFE | | | | 01479958 | 23 21 | 00007047 |

| DETAIL EARNINGS ||||||| GROSS TO NET ||| LEAVE STATUS |
|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | |
| | | ADJ | | | | 325 09 | GROSS PAY 325 09 | 3249 86 | ANNUAL LEAVE(AL) CAT: 8.00 |
| | | | | | | | FED TAX S0    00 | 3307 26 | AL PRIOR YR BAL −104 84 |
| | | | | | | | ST TAX PAS0   00 | 926 63 | + AL EARNED YTD     80 00 |
| | | | | | | | RETIRE 8      00 | 186 63 | + AL HOL EARNED YTD  0 00 |
| | | | | | | | MEDICARE      00 |    00 | − AL USED YTD       60 78 |
| | | | | | | | UN W          00 | 627 00 | = EARNED AL BAL    −85 62 |
| | | | | | | | IN7Z5         00 | 3566 85 | + AL ADVANCED       32 00 |
| | | | | | | | FDV-D         00 | 464 64 | = AVAIL AL BAL     −53 62 |
| | | | | | | | FDV-V         00 | 120 78 | AL USED THIS PP     0 00 |
| | | | | | | | L0465         00 | 44 00 | SICK LEAVE(SL) CAT: 4.00 |
| | | | | | | | L0492         00 | 377 14 | SL PRIOR YR BAL     0 00 |
| | | | | | | | HP111SLF      00 | 1723 51 | + SL EARNED YTD     40 00 |
| | | | | | | | STATE       9 98 | ADJUST | − SL USED YTD       36 00 |
| | | | | | | | FED        71 52 | ADJUST | = CURRENT SL BAL     4 00 |
| | | | | | | | L0492       3 90 | ADJUST | SL USED THIS PP     0 00 |
| | | | | | | | MEDIC       4 71 | ADJUST | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | SOSEC      20 16 | ADJUST | PAY PERIOD LWOP     80 00 |
| | | | | | | | ALOT          00 | 4950 00 | PP01 TO CURRENT 1088 00 |

GRIEVANCE PAYMENT INCL
EARNED A/L NEGATIVE      NET PAY  214.82   NT BK

USPS RETIREMENT  7692.95

MANAGER P&DC
1400 HARRISBURG PIKE
LANCASTER PA 17604-9992

11-12-2021
00007047



WENDY L KEEFE
190 POPLAR ST
MANCHESTER PA    17345-9668

Case 1:21-bk-02606-HWV   Doc 17   Filed 01/12/22   Entered 01/12/22 16:35:25   Desc
Main Document    Page 2 of 3

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 106 | 41-4409 | W L KEEFE | | | | | 01479958 | 22 21 | 00077946 | |
| | PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | |
| 2 | P 06 | 66151 | 110 | S | 8.00 | 63.61 | GROSS PAY | 849.66 | 32166.77 | ANNUAL LEAVE(AL) CAT: | 8.00 |
| 2 | P 06 | 66151 | 110 | W | 8.00 | 254.43 | FED TAX S0 | 63.45 | 3237.74 | AL PRIOR YR BAL − | 104.84 |
| 2 | P 06 | 66151 | 110 | N | 7.01 | 113.6 | ST TAX PAS0 | 22.85 | 916.65 | + AL EARNED YTD | 80.00 |
| 1 | P 06 | 66151 | 110 | W | 8.00 | 254.43 | RETIRE 8 | 6.11 | 186.63 | + AL HOL EARNED YTD | 0.00 |
| 1 | P 06 | 66151 | 110 | N | 7.04 | 114.0 | MEDICARE | 10.80 | 432.94 | − AL USED YTD | 60.78 |
| | | | | L | 8.00 | 254.43 | UN W | 28.50 | 627.00 | = EARNED AL BAL − | 85.62 |
| | | | | | | | IN7Z5 | 152.15 | 3566.85 | + AL ADVANCED | 40.00 |
| | | | | | | | FDV-D | 21.12 | 464.64 | = AVAIL AL BAL − | 45.62 |
| | | | | | | | FDV-V | 5.49 | 120.78 | AL USED THIS PP | 0.00 |
| | | | | | | | L0465 | 2.00 | 44.00 | SICK LEAVE(SL) CAT: | 4.00 |
| | | | | | | | L0492 | 9.31 | 373.24 | SL PRIOR YR BAL | 0.00 |
| | | | | | | | HP111SLF | 78.60 | 1723.51 | + SL EARNED YTD | 40.00 |
| | | | | | | | ALOT | 225.00 | 4950.00 | − SL USED YTD | 36.00 |
| | | | | | | | SOSEC | 46.16 | 1851.19 | = CURRENT SL BAL | 4.00 |
| | | | | | | | | | | SL USED THIS PP | 0.00 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 56.00 |
| | | | | | | | | | | PP01 TO CURRENT | 1008.00 |
| EARNED A/L NEGATIVE | | | | | | | NET PAY | 178.12 | NT BK | USPS RETIREMENT 7692.95 | |

MANAGER P&DC
1400 HARRISBURG PIKE
LANCASTER PA 17604-9992

10-29-2021
00077946

WENDY L KEEFE
190 POPLAR ST
MANCHESTER PA  17345-9668