Certificate Number: 16339-PAM-DE-036305190

Bankruptcy Case Number: 21-02606


16339-PAM-DE-036305190

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on February 2, 2022, at 8:57 o'clock PM EST, Wendy Keefe completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 2, 2022

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor