United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-02606-HWV
Wendy Lee Keefe  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Feb 03, 2022    Form ID: ntcnfhrg    Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wendy Lee Keefe, 190 Poplar Street, Manchester, PA 17345-9668 |
| 5449939 | + | Aes Members 1st FCU, Attn: Bankruptcy, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5449941 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, 200 Civic Center Drive, Columbus, OH 43215 |
| 5449942 | + | Dovenmuehle/Reliance F, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 5449943 | + | Kasey Keefe, 5305 Oxford Drive, Apartment 126, Mechanicsburg, PA 17055-4431 |
| 5449944 | + | Katie Keefe, 50 Wedgewood Circle, Goldsboro, PA 17319-9724 |
| 5454030 | + | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5449946 | + | Merit Dental, 222 Rosedale Drive, Manchester, PA 17345-1023 |
| 5449947 | | Met Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5456708 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5449949 | + | OSS Health York, 1855 Powder Mill Road, York, PA 17402-4723 |
| 5449950 | + | Penn Waste, PO Box 3066, York, PA 17402-0066 |
| 5456049 | + | Reliance First Capital, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 5449951 | + | Scott & Associates, P.C., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 5449953 | + | WellSpan Health, PO Box 645734, Cincinnati, OH 45264-5734 |
| 5449955 | + | WellSpan Pulmonary & Sleep Medicine, 850 Tuck Street, Lebanon, PA 17042-7477 |
| 5449956 | + | York Hospital Dental Center, c/o Financial Recoveries, 200 East Park Drive, Suite 100, Mount Laurel, NJ 08054-1297 |
| 5449957 | + | York Water Company, 130 East Market Street, York, PA 17401-1219 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 03 2022 19:16:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5449940 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2022 19:15:00 | CitiBank, N.A., c/o Midland Fund, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5449937 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 03 2022 19:15:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5449945 | | Email/Text: camanagement@mtb.com | Feb 03 2022 19:15:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 5453554 | + | Email/Text: unger@members1st.org | Feb 03 2022 19:15:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5451646 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2022 19:15:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5449948 | + | Email/Text: info@neycsa.org | Feb 03 2022 19:15:00 | Northeastern York County Sewer, 175 Chesntut Street, Mount Wolf, PA 17347-7500 |
| 5449938 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2022 19:15:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5458219 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| | | | |
|---|---|---|---|
| | | Feb 03 2022 19:17:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5450124 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 03 2022 19:17:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5449952 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 03 2022 19:17:00 | Synchrony Bank, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5449954 | | Wellspan Medical Group, ADDRESS REMOVED PER ENTRY 8 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Wendy Lee Keefe gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor RELIANCE FIRST CAPITAL  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wendy Lee Keefe,

**Debtor 1**

Chapter 13

Case No. 1:21−bk−02606−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 2, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 9, 2022 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 3, 2022 |

ntcnfhrg (08/21)