UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

WENDY LEE KEEFE

CASE NO: 1:21-bk-02606-HWV

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 6/30/2022, I did cause a copy of the following documents, described below,

Order Confirming Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/30/2022

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA  17111
717 538 5250
sharlene.miller@imblumlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

WENDY LEE KEEFE

CASE NO: 1:21-bk-02606-HWV

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 6/30/2022, a copy of the following documents, described below,

Order Confirming Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/30/2022



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA  17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wendy Lee Keefe,

**Debtor 1**

Chapter 13

Case No. 1:21−bk−02606−HWV

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on January 12, 2022. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 29, 2022

orcnfpln(05/18)

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 121-BK-02606-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>THU JUN 30 8-52-39 PST 2022 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | ~~(U)RELIANCE FIRST CAPITAL LLC~~ |

| EXCLUDE | | |
|---|---|---|
| ~~US BANKRUPTCY COURT~~<br>~~RONALD REAGAN FEDERAL BUILDING~~<br>~~228 WALNUT ST RM 320~~<br>~~HARRISBURG PA 17101-1737~~ | AES MEMBERS 1ST FCU<br>ATTN BANKRUPTCY<br>PO BOX 40<br>MECHANICSBURG PA 17055-0040 | CITIBANK NA<br>CO MIDLAND FUND<br>350 CAMINO DE LA REINE SUITE 100<br>SAN DIEGO CA 92108-3007 |

| (P)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | DOVENMUEHLERELIANCE F<br>1 CORPORATE DRIVE<br>LAKE ZURICH IL 60047-8944 | INTERNAL REVENUE SERVICE<br>POB 7346<br>PHILADELPHIA PA 19101-7346 |
|---|---|---|

| KASEY KEEFE<br>5305 OXFORD DRIVE APARTMENT 126<br>MECHANICSBURG PA 17055-4431 | KASEY KEEFE<br>56 COURTYARD DRIVE<br>CARLISLE PA 17013-4907 | KATIE KEEFE<br>50 WEDGEWOOD CIRCLE<br>GOLDSBORO PA 17319-9724 |
|---|---|---|

| (P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MT BANK<br>PO BOX 1508<br>BUFFALO NY 14240-1508 | MEMBERS 1ST FEDERAL CREDIT UNION<br>5000 LOUISE DRIVE<br>MECHANICSBURG PA 17055-4899 |
|---|---|---|

| MERIT DENTAL<br>222 ROSEDALE DRIVE<br>MANCHESTER PA 17345-1023 | MET ED<br>PO BOX 3687<br>AKRON OH 44309-3687 | METROPOLITAN EDISON COMPANY<br>101 CRAWFORDS CORNER ROAD<br>BUILDING 1 SUITE 1-511<br>HOLMDEL NJ 07733-1976 |
|---|---|---|

| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | NORTHEASTERN YORK COUNTY SEWER<br>175 CHESNTUT STREET<br>MOUNT WOLF PA 17347-7500 | OSS HEALTH YORK<br>1855 POWDER MILL ROAD<br>YORK PA 17402-4723 |
|---|---|---|

| PA DEPT OF REVENUE<br>ATTN BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG PA 17128-0946 | PENN WASTE<br>PO BOX 3066<br>YORK PA 17402-0066 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
|---|---|---|

| RELIANCE FIRST CAPITAL LLC<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | SCOTT ASSOCIATES PC<br>6 KACEY COURT SUITE 203<br>MECHANICSBURG PA 17055-9237 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
|---|---|---|

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SYNCHRONY BANK<br>CO PORTFOLIO RECOVERY ASSOCIATES<br>120 CORPORATE BOULEVARD<br>NORFOLK VA 23502-4952 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | WELLSPAN HEALTH<br>PO BOX 645734<br>CINCINNATI OH 45264-5734 |
| WELLSPAN PULMONARY SLEEP MEDICINE<br>850 TUCK STREET<br>LEBANON PA 17042-7477 | ~~EXCLUDE~~<br>~~(U)WELLSPAN MEDICAL GROUP~~<br>~~ADDRESS REMOVED PER ENTRY 8~~ | YORK HOSPITAL DENTAL CENTER<br>CO FINANCIAL RECOVERIES<br>200 EAST PARK DRIVE SUITE 100<br>MOUNT LAUREL NJ 08054-1297 |
| YORK WATER COMPANY<br>130 EAST MARKET STREET<br>YORK PA 17401-1219 | ~~EXCLUDE~~<br>~~GARY J IMBLUM~~<br>~~IMBLUM LAW OFFICES PC~~<br>~~4615 DERRY STREET~~<br>~~HARRISBURG PA 17111-2660~~ | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

DEBTOR
WENDY LEE KEEFE
190 POPLAR STREET
MANCHESTER PA 17345-9668

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| | | |
|---|---|---|
| (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br><br>info@pamd13trustee.com | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>(Asst. U.S. Trustee)<br><br>ustpregion03.ha.ecf@usdoj.gov | (Creditor)<br>RELIANCE FIRST CAPITAL, LLC<br>represented by:<br>Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106<br><br>bkgroup@kmllawgroup.com |
| (Creditor)<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br><br>claims@recoverycorp.com | Wendy Lee Keefe<br>190 Poplar Street<br>Manchester, PA 17345<br>(Debtor 1)<br>represented by:<br>Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, PA 17111<br><br>gary.imblum@imblumlaw.com | |