IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| WENDY LEE KEEFE | CASE NO. 1:21-bk-02606-HWV |
|     Debtor | |
| | CHAPTER 13 |
| RELIANCE FIRST CAPITAL, LLC | |
|     Movant | |
| v. | |
| WENDY LEE KEEFE | |
|     Respondent | |

## DEBTOR'S RESPONSE TO MOTION OF RELIANCE FIRST CAPITAL, LLC FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** comes Debtor, Wendy Lee Keefe, by and through her attorney, Gary J. Imblum, and respectfully responds as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part and denied in part. Debtor has no knowledge of the holder of the mortgage. Strict proof is demanded.

5. Admitted.

6. Admitted. Further, Debtor offers to pay $12,000.00 towards the arrearage in a lump sum and to pay the remainder through an Amended Plan.

7. Admitted in part and denied in part. See response to paragraph 6.

8. Admitted in part and denied in part. At the time of the filing of the bankruptcy, the real estate was worth $125,000.00 in accordance with the market analysis attached to the Schedules.

The amount owed to Movant was $98,422.30 as stated by their Proof of Claim. This bankruptcy has been pending for almost two (2) years. Property values have risen significantly in the last two (2) years. Accordingly, Debtor believe and hereby avers that there is a significant equity cushion providing adequate protection to the Movant. Further, Debtor will make an offer in the near future to bring the post-petition arrears current.

9. Denied. Any and all fees related to this Motion should be requested in this proceeding.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED: 12/20/23

## CERTIFICATION OF SERVICE

  I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTOR'S RESPONSE TO MOTION OF RELIANCE FIRST CAPITAL, LLC FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MICHAEL P. FARRINGTON, ESQUIRE
KML LAW GROUP, P.C.
COUNSEL FOR MOVANT
VIA E-SERVICE

                IMBLUM LAW OFFICE, P.C.

                *Carol V. Shay*
                Carol V. Shay, Paralegal
                4615 Derry Street
                Harrisburg, PA 17111
                (717) 238-5250
                Fax No. (717) 558-8990
                gary.imblum@imblumlaw.com
                For Debtor

DATED: 12/20/2023