# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:               :

**WENDY LEE KEEFE**       :      **CASE NO. 1:21-bk-02606-HWV**

          **Debtor**      :      **CHAPTER 13**

## DEBTOR'S CONSENT TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

    I, Wendy Lee Keefe, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Third Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

*Wendy Lee Keefe*

**Wendy Lee Keefe**

**DATE:** 4/10/2025