Fill in this information to identify the case:

Debtor 1   Wendy Lee Keefe

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   21-02606 HWV

Official Form 410S1
# Notice of Mortgage Payment Change                                  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Reliance First Capital, LLC            **Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 4810

**Date of payment change:**
Must be at least 21 days after date of this notice          01/01/2024

**New total payment:**          $1007.36
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $471.79          New escrow payment: $455.16

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____          New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____          New mortgage payment: $_____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

Debtor(s)   <u>Wendy Lee Keefe</u>                  Case number (*if known*) <u>21-02606 HWV</u>
            First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*                                    Date   11/10/2023
   Signature
Print: Michael Farrington
       10 Nov 2023, 11:00:46, EST

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>         <u>Market Street, Suite 5000</u>
          Number            Street
          Philadelphia,                          PA       19106
          City                                   State    ZIP Code

Contact phone  (215) 627–1322           Email  bkgroup@kmllawgroup.com